UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTEZ ROMAL
BICKHAM, #777727,

    Plaintiff,

v.                                           CASE NO. 2:24-CV-10525
                                            HON. JONATHAN J.C. GREY

MICHAEL A. HENDERSON,

    Defendant.
_____/

## OPINION AND ORDER OF DISMISSAL

The Court has before it Michigan prisoner Martez Romal Bickham's pro se civil rights complaint brought pursuant to 42 U.S.C. § 1983. In his complaint, Bickham alleges a medical malpractice claim against Michael A. Henderson, D.O., at the Duane Waters Health Center in Jackson, Michigan. (ECF No. 1.) The case was transferred to this Court from the United States District Court for the Western District of Michigan on March 1, 2024. (ECF No. 2.)

At the time he filed the complaint, Bickham did not pay the required $350.00 filing fee or the $55.00 administrative fee, nor did he

submit an application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring him to either pay the filing fee and administrative fee or to submit a properly completed application to proceed without prepayment of the filing fee within 30 days – by April 11, 2024. The order provided that if he did not do so, his case would be dismissed. Bickham has not corrected the deficiency within the allotted time for doing so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** his civil rights complaint. This case is closed. No further pleadings should be filed in this matter.

    **IT IS SO ORDERED**.

s/ Jonathan J.C. Grey
Hon. JONATHAN J.C. GREY
United States District Judge

Dated: April 29, 2024